IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TELLICO AIR SERVICES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:09-CV-115 |
| | ) |
| AMERICAN NATIONAL PROPERTY | ) |
| & CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Come the parties, by and through counsel, pursuant to *Rule 41(a)(1)(A)(ii)* of the *Federal Rules of Civil Procedure*, and hereby advise the Court, Agree and Stipulate that all matters at issue between them have been resolved and compromised and the parties desire to dismiss this lawsuit with **prejudice** to its refiling. Accordingly, the parties through their counsel do hereby Stipulate the Dismissal of this lawsuit with **prejudice** to its refiling. The parties further Stipulate and Agree that each party is to bear its own costs and no costs will be taxed by the Court.

    Respectfully submitted:

    By: s/Joe E. Manuel
    Joe E. Manuel, BPR #06119
    Attorney for Defendant
    240 Forest Avenue, Suite 301
    Chattanooga, TN 37405
    (423) 266-3535
    jem@joemanuel.com

By: s/Joshua M. Ball, Esquire
    Joshua M. Ball, Esquire
    BPR #020626
    Hodges, Doughty & Carson
    Attorney for Plaintiff
    617 Main Street
    P.O. Box 869
    Knoxville, TN  37901
    (865) 292-2237

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this pleading has been filed electronically and served upon all parties listed below this 20th day of October, 2009.

Joshua M. Ball, Esquire
Hodges, Coughty & Carson
P.O. Box 869
Knoxville, TN 37901

By: s/Joe E. Manuel
Joe E. Manuel, BPR #06119
Attorney for Defendants
240 Forest Avenue, Suite 301
Chattanooga, TN 37405
(423) 266-3535
jem@joemanuel.com

3